IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MARK R. GACEK and PAMELA GACEK, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) CIVIL ACTION NO. 15-662-CG-M ) |
| JENE OWENS, JUDGE GRADDICK, individually and in his official capacity, GARY FILLINGIM, ANTHONY HOFFMAN, GILBERT FONTENOT, | ) ) ) ) |
| Defendants. | |

## JUDGMENT

In accordance with the Court's Order entered August 12, 2016 (Doc. 31), finding dismissal with prejudice appropriate once sanctions are determined, and the Order entered this date awarding sanctions, it is hereby

**ORDERED, ADJUDGED, and DECREED** that judgment is entered in favor of Defendants **Jene Owens, Judge Graddick, Gary Fillingim, Anthony Hoffman** and **Gilbert Fontenot**, and against Plaintiffs, **Mark R. Gacek** and **Pamela Gacek**, and this case is hereby **DISMISSED WITH PREJUDICE**.

**DONE** and **ORDERED** this 13th day of October, 2016.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE